# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00732-CR
## NO. 03-05-00733-CR

**Hurbert William Washington, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NOS. D-1-DC-05-202231 & D-1-DC-05-202232
### HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Hurbert Washington seeks to appeal from judgments of conviction for possession of cocaine. The trial court has certified that these are plea bargain cases and Washington has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). In addition, the notices of appeal were filed more than thirty days after imposition of sentence. *See id*. rule 26.2(a)(1). The appeals are dismissed. *See id*. rule 25.2(d).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed: December 2, 2005

Do Not Publish